*E-FILED: July 10, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAEID MOHEBBI,<br><br>    Plaintiff,<br>  v.<br><br>MAHNAZ KHAZEN; MICHAEL SHADMAN; VIOLET PARVARANDEH; PIROOZ PARVARANDEH; STACEY CONTI; U.S. IMMIGRATION INVESTMENT CENTER, LLC, a Delaware Limited Corporation; USIIC LLP, a Delaware Limited Liability Partnership; USIIC I LP, a Delaware Limited Partnership; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C13-03044 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiff has moved for a temporary restraining order. Because plaintiff requests immediate injunctive relief, but not all parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge. See 28 U.S.C. § 636.

Dated: July 10, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-03044-HRL Notice has been electronically mailed to:

Aria Vatankhah     aria.vatankhah@gmail.com, avatankhah@arialaw.com