Edward Gartenberg (State Bar No. 102693)
Shirley Hayton (State Bar No. 207861)
GARTENBERG GELFAND HAYTON & SELDEN LLP
801 South Figueroa Street, Suite 2170
Los Angeles, California 90017
Telephone: (213) 542-2100
Facsimile: (213) 542-2101
Email: egartenberg@gghslaw.com
shayton@gghslaw.com

Attorneys for Defendants
Mahnaz Khazen, Michael Shadman
Violet Parvarandeh, Pirooz Parvarandeh
Stacey Conti, U.S. Immigration Investment Center, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAEID MOHEBBI,<br><br>Plaintiff,<br><br>vs.<br><br>MAHNAZ KHAZEN, MICHAEL SHADMAN, VIOLET PARVARANDEH, PIROOZ PARVARANDEH, STACEY CONTI, U.S. IMMIGRATION INVESTMENT CENTER, LLC a Delaware Limited Corporation, USIIC LLP a Delaware Limited Liability Partnership, USIIC I LP a Delaware Limited Partnership, and Does 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 13-03044 (HRLx)<br><br>[Hon. Lucy H. Koh]<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME IN WHICH DEFENDANTS CAN RESPOND TO THE COMPLAINT** |

**Before Koh, U.S.D.J**:

Upon review and consideration of the Stipulation submitted by Plaintiff, Saied Mohebbi, and Defendants, Violet Parvarandeh, Pirooz Parvarandeh, Stacey Conti, U.S. Immigration Investment Center, LLC, the Court hereby grants the Stipulation based on the good cause shown by the parties.

1

[PROPOSED] ORDER

IT IS HEREBY ORDRED THAT:

The Joint Stipulation is Granted and all Defendants shall have until August 7, 2013, to respond to the Complaint in the within Action.

Dated: July 25, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge