1  Edward Gartenberg (State Bar No. 102693)
   Shirley Hayton (State Bar No. 207861)
2  GARTENBERG GELFAND HAYTON & SELDEN LLP
   801 South Figueroa Street, Suite 2170
3  Los Angeles, California 90017
   Telephone: (213) 542-2100
4  Facsimile: (213) 542-2101
   Email: egartenberg@gghslaw.com
5          shayton@gghslaw.com

6  Attorneys for Defendants
   Mahnaz Khazen, Michael Shadman
7  Violet Parvarandeh, Pirooz Parvarandeh
   Stacey Conti, U.S. Immigration Investment Center, LLC
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  SAEID MOHEBBI,                          Case No.: 13-03044 (HRLx)

14               Plaintiff,                 [Hon. Lucy H. Koh]

15        vs.                               **[PROPOSED]** ORDER GRANTING JOINT
                                            **STIPULATION TO EXTEND TIME IN**
16  MAHNAZ KHAZEN, MICHAEL                  **WHICH DEFENDANTS CAN RESPOND**
    SHADMAN, VIOLET PARVARANDEH,            **TO THE COMPLAINT**
17  PIROOZ PARVARANDEH, STACEY
    CONTI, U.S. IMMIGRATION
18  INVESTMENT CENTER, LLC a Delaware
    Limited Corporation, USIIC LLP a Delaware
19  Limited Liability Partnership, USIIC I LP a
    Delaware Limited Partnership, and Does 1
20  through 100, Inclusive,

21               Defendants.

22

23

24  **Before Koh, U.S.D.J**:

25        Upon review and consideration of the Stipulation submitted by Plaintiff, Saied Mohebbi,

26  and Defendants, Violet Parvarandeh, Pirooz Parvarandeh, Stacey Conti, U.S. Immigration

27  Investment Center, LLC, the Court hereby grants the Stipulation based on the good cause shown

28  by the parties.

IT IS HEREBY ORDRED THAT:

The Joint Stipulation is Granted and all Defendants shall have until August 7, 2013, to respond to the Complaint in the within Action.

Dated: July 25, 2013

*Lucy H. Koh*

Lucy H. Koh
United States District Judge

GARTENBERG
GELFAND
HAYTON &
SELDEN LLP

[PROPOSED] ORDER