UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAEID MOHEBBI, | Case No.: 13-CV-03044-LHK |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| MAHNAZ KHAZEN, *et al.*, | |
| Defendants. | |

The Court made two filings continuing the Case Management Conference. *See* ECF Nos. 41, 42. The second of these entries, ECF No. 42, was filed in error. The Court's first filing is correct. As stated in that entry, ECF No. 41, the Case Management Conference set for December 9, 2013, at 2 p.m. is continued to February 13, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 9, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-03044-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE