UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAEID MOHEBBI,

    Plaintiff,

v.

MAHNAZ KHAZEN, et al.,

    Defendants.

Case No. 13-cv-03044-BLF

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This case has been reassigned to the Honorable Beth Labson Freeman for all further proceedings. In recognition of the pending issues in this case, the Court has scheduled an early Case Management Conference for May 6, 2014, at 1:30 P.M., in order to address case status and reset vacated hearing dates. The Case Management Conference will be held in Courtroom 3 on the 5th Floor of the United States Courthouse, 280 South First Street, San Jose, California, 95113.

For this Case Management Conference only, the Court approves telephonic appearances without further application. Parties present at this Case Management Conference must be prepared to agree on dates for further proceedings, to the extent not already addressed in the parties' Joint Case Management Statement. The Court requests that the parties engage in good-faith negotiations regarding dates and scheduling before their appearances.

**IT IS SO ORDERED.**

Dated: April 21, 2014

_____
**BETH LABSON FREEMAN**
UNITED STATES DISTRICT JUDGE