UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAEID MOHEBBI,<br><br>        Plaintiff,<br><br>  v.<br><br>MAHNAZ KHAZEN, et al.,<br><br>        Defendants. | Case No.  13-cv-03044-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/06/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the Motion to Dismiss and the Motion to Amend
6   Complaint be set for hearing on 06/12/2014 at 9:00 AM.
7   IT IS FURTHER ORDERED THAT the Court is to consider the Motion to Dismiss (Dkt.
8   #34) and Reply (Dkt. #39), and terminating the duplicate filing of motion to dismiss (Dkt. #48).

Dated:  May 08, 2014

_____
BETH LABSON FREEMAN
United States District Judge