Ray E. Gallo (SBN 158903)
rgallo@gallo.law
Dominic Valerian (SBN 240001)
dvalerian@gallo.law
GALLO LLP
1604 Solano Ave., Suite B
Berkeley, CA 94707
Phone: 415.257.8800

Attorneys for Defendant USIIC, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISIOIN

| | |
|---|---|
| SAEID MOHEBBI,<br><br>Plaintiff,<br><br>v.<br><br>MAHNAZ KHAZEN, et al.,<br><br>Defendants. | Case No.  5:13-cv-03044-BLF<br><br>Hon. Beth Labson Freeman<br><br>**ATTORNEY GALLO'S AMENDED NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT USIIC, LLP** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 11.5(a), Ray E. Gallo, Dominic Valerian, and Gallo LLP move for an order permitting the attorneys and their firm to withdraw as counsel of record for Defendants USIIC, LLP. A hearing on this motion has not been scheduled.

This motion is supported by the accompanying declaration of Ray E. Gallo and by the papers and records filed in the action.

1   DATED:  October 4, 2018              **RESPECTFULLY SUBMITTED,**

2                                        **GALLO LLP**

4                              By:    */s/ Ray E. Gallo*
                                      Ray E. Gallo

5                                     Attorneys for Defendant USIIC, LLP

**AMENDED ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL**