1  Ray E. Gallo (SBN 158903)
   rgallo@gallo.law
2  Dominic Valerian (SBN 240001)
   dvalerian@gallo.law
3  GALLO LLP
4  1604 Solano Ave., Suite B
   Berkeley, CA 94707
5  Phone: 415.257.8800

6  Attorneys for Defendants USIIC, LLP

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12
   SAEID MOHEBBI,                    | Case No. 5:13-cv-03044-BLF
13
                    Plaintiff,       | Hon. Beth Labson Freeman
14        v.
                                     | **AMENDED DECLARATION OF RAY E.
15 MAHNAZ KHAZEN, et al.,            | GALLO IN SUPPORT OF ATTORNEY'S
                                     | MOTION TO WITHDRAW AS COUNSEL
16                  Defendants.      | FOR DEFENDANT USIIC, LLP**

17

18

19

20

21

22

23

24

25

26

27

28
                         Page 1
            **DECLARATION OF RAY E. GALLO**

I, Ray E. Gallo, declare:

1. I am an attorney at law, duly licensed to practice law before all of the courts of the State of California. I am counsel for Defendants USIIC, LLP in the above-entitled action. I have personal knowledge of the matters set forth herein. If called to testify, I could and would testify competently to the matters set forth below.

2. The specific facts that support this motion must remain confidential. California Business and Professions §6068(e), California Rule of Professional Conduct 3-100(A), and attorney-client privilege (Fed. Rule of Evidence 501; California Evidence Code §§950, *et seq.*). If the Court requires further information or evidence to rule, I can and will offer it in camera, without other parties. (*Manfredi & Levine v. Superior Court,* 66 Cal.App.4th 1128, 1136-1137 (1998); CRPC 3-700(B) or (C)).

3. Without limitation: (a) Defendant USIIC, LLP has failed to take my advice to retain the same new counsel as defendant Mahnaz Khazen herself and other co-defendants have already retained in this action. (*See* Dckt #85 and #93.) Notably, defendant is owned by Mahnaz Khazen. Ms. Khazen insists that the company named "USIIC, LLP" does not exist and, therefore she says, she has no obligation to retain new counsel; (b) the communication and relationship between Gallo and Defendant USIIC, LLP and its owner, Mahnaz Khazen, has deteriorated such that Gallo can no longer serve the party; and (c) Gallo's contract with the party specifically contemplates and permits Gallo to withdraw under the facts that now exist.

4. For Defendant USIIC, LLP, the current telephone number is (408) 835-7030 and the current mailing address is 3031 Tisch Way, Suite 500, San Jose, CA 95128.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 4, 2018 at San Juan, Puerto Rico.



Ray E. Gallo

Page 2

**DECLARATION OF RAY E. GALLO**